UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DANIELLE COLBERT,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>Defendant. | No. 1:22-cv-01385-TLN-HBK<br><br>**ORDER** |

Plaintiff Amy Danielle Colbert initiated this action seeking judicial review of a final decision of the Commissioner of Social Security. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 2, 2024, the assigned magistrate judge issued a findings and recommendations, and which contained a notice to the parties that any objections were due within fourteen days. (ECF No. 23.) The time to file objections has passed, and neither party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds these findings and recommendations to be supported by the record and by proper analysis.

---

[1] The Court substituted Martin O'Malley, who has been appointed the Acting Commissioner of Social Security, as the defendant in this suit. *See* Fed. R. Civ. P. 25(d).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on May 2, 2024 (ECF No. 23), are ADOPTED IN FULL;
2. The Court DENIES Plaintiff's Motion for Summary Judgement (ECF No. 16);
3. The Court GRANTS Defendant's Cross-Motion for Summary Judgment (ECF No. 19) and AFFIRMS the decision of the Commissioner of Social Security; and
4. The Clerk of Court is directed to close this case.

Date: June 11, 2024

Troy L. Nunley
United States District Judge